# EXHIBIT 2
## TO THE COMPLAINT

Case: 1:26-cv-01773 Document #: 9-3 Filed: 02/24/26 Page 2 of 4 PageID #:72

# CY-SHOP

HOME    ALL PRODUCTS    BRA    CLOTHING    PAYMENT METHOD    ORDER TRACKING



## RGOSME Womens Basic T Shirts 2025 Short Sleeve Round Neck Tee Tops Slim Fit Gym Workout Athletic Summer Clothes

RGOSME Womens Basic T Shirts 2025 Short Sleeve Round Neck Tee Tops Slim Fit Gym Workout Athletic Summer Clothes

Sold 263562 only 999999999 item(s) left

**$6.99**  $10.99  Save 36%        Sold 263562

Quantity

−  1  +

Add to cart - $6.99

Buy now

Share the love   f   𝕏   𝒫

🌐 Free worldwide shipping

🚚 Free returns

♻ Sustainably made

🔒 Secure payments

RGOSME Womens Basic T Shirts 2025 Short Sleeve Round Neck Tee Tops Slim Fit Gym Workout Athletic Summer Clothes



## Description ⌃

### About this item

- Super Soft and Breathable Material: this 2025 trendy tops for women is made of soft material, lightweight,soft and skin-friendly, breathable and skin-friendly,providing a comfortable wearing experience.
- Casual and Chic: suitable for both casual and fashion settings, this top can be dressed up with blazers and trousers or kept relaxed with jeans and sneakers for a laid-back yet polished appearance.
- Occasion: suitable for daily wear, office, shopping, vacations, beach outings, casual gatherings, and more. a great choice for transitioning between different occasion with ease.
- size and fit: available in multiple sizes to accommodate different body shapes. please refer to the size chart to select the suitable for you.
- quarter sleeve tops for women womens small shirts womens t shirts cotton summer blouses for women 2025 vacation cotton t shirts for women loose fit womens white t shirts short sleeve black dress top women shirts to wear with leggings for women plus size blouses fitted short sleeve shirts for women compression tees for women ladies workout tops exercise shirts for women cute blouses for women trendy trendy womens clothes work tops for women business casual trendy tops for

## Product Description

2025 Trendy Short Sleeve Shirts for Women Summer Vacation Beach Tops 2025 Fashion T Shirt Casual 2025 Soft and Thin Clothes

Materials——This 2025 Fashion casual top, loose fit and comfortable, breathable and skin-friendly. Light weight with a little elasticity, and no see-through.

Matchs——This womens tops is so versatile, you can tuck it in or just drape down or knot by the side. Pair with jeans, pants, shorts, skirts, capris, leggings or even with jumpsuits or coats.

Occasion——This elegant women's T-shirt is suitable for daily wear, sports, office, business, work, vacation, outdoor activities, shopping, dating, vacation and any occasion in spring and summer.

Tips——Wash with cold water machine/by hand, dry at low.

Product Description:

Season: Spring,Summer

Gender: Women

Occasion: Casual, Party

Style: Casual, Fashion

length: Regular: Fits true to size

How to wash: Hand wash Cold, Hang or Line Dry

What you get:1pc Women

NOTE: Please compare the detail sizes with yours before you buy!!! Use similar clothing to compare with the size.

Womens Oversized Summer T Shirts Fashion Workout Plus Size Tops Short Sleeve Beach Vacation Gym Clothes 2025

RGOSME Womens Basic T Shirts 2025 Short Sleeve Round Neck Tee Tops Slim Fit Gym Workout Athletic Summer Clothes

Womens Summer Tops Spring Shirts Trendy Vacation Outfits Short Sleeve Business Tshirts Fashion Casual Blouses

Tops for Women Summer Casual Ruffle Sleeve Square Neck T Shirts

Womens Basic T Shirts Summer Tops 2025 Short Sleeve Crop Tops Slim Fit Gym Workout Y2k Clothes

Womens T Shirts Short Sleeve Pleated Dressy Casual Scooped Neck Summer Tops Blouses

## SERVICE

RETURN & EXCHANGE POLICY

TERMS OF USE

TERMS OF SERVICE

PRIVACY POLICY

REFUND POLICY

## SUPPORT

ABOUT US

CONTACT US

SHIPPING POLICY

COPYRIGHT NOTICE

CY-SHOP

## Newsletter

We send great emails!

Your email | Join

Get the App

© 2026 CY-SHOP

