# EXHIBIT 3



Clothing, Shoes & Jewelry › Women › Clothing › Tops, Tees & Blouses › T-Shirts





**Brand: Generic**

# Women's Oversized Tops Summer Casual Shirts with Side Pockets Loose Rgosme Short Sleeve Tee Summer Athletic Workout Blouses

Search this page

$0⁷⁹

Price history

## Product details

| Fabric type | Nylon,Spandex |
| --- | --- |
| Care instructions | Machine Wash |
| Origin | Made in the USA or Imported |
| Closure type | Pull On |

## About this item

- Features: Oversized womens tops feature with Crew neck pullover women, Short sleeve, High low, Loose fit, Soft and light weight, Slight stretch, Solid color, Casual and fashion style fits for any body shape, and a shirt necessary for women wardrobe.
- Design: Upgrade your casual wardrobe with these oversized T-shirts for women. Crafted with a comfortable crewneck and short sleeves, these tees offer a loose fit that's perfect for a relaxed and laid-back look.

˅ See more

🗨 Report an issue with this product or seller

$0⁷⁹

$9.99 delivery **December 6 - 16.**
Details

Or fastest delivery **December 1 - 8.** Details

⊙ Deliver to John - Chicago 60607

**In Stock**

Quantity: 1 ⌄

Add to cart

Buy Now

Shipper / Seller  Unitedhome1

Returns  FREE 30-day refund/replacement

Payment  Secure transaction

˅ See more

**Save this item**

Add to List ⌄



Women's Oversized Tops Su...

amazon.com/dp/B008ZOEZHW

Deliver to John
Chicago 60607

All

Search Amazon

EN

Hello, John
Account & Lists

Returns
& Orders

0 Cart

Ask Rufus or search reviews and Q&A

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product details

**Package Dimensions** : 11.81 x 9.84 x 0.79 inches; 12.35 ounces

**Item model number** : 1

**Department** : womens

**Manufacturer** : Guangzhou Haotanghou Apparel Co., Ltd.

**ASIN** : B008ZOEZHW

## Product Description

**Spring into Style**

Embrace the freshness of the season with our Women Short Sleeve Tops, perfect for summer and spring. These tops are designed to offer a comfortable fit that complements any figure, making them ideal for both casual outings and more formal occasions.

**Breathable and Light**

Crafted from lightweight fabrics, these tops ensure you stay cool and comfortable even in warmer weather. The soft touch against your skin and breathable material keep you feeling fresh and relaxed throughout the day.

**Versatile for Every Occasion**

These short sleeve tops are designed to be as versatile as they are fashionable. Whether you're pairing them with jeans for a casual day out or dressing them up with a skirt for an evening event, these tops are the perfect choice.

**Easy Care**

Made for convenience, these tops are easy to care for. They're machine washable and require minimal effort to maintain their shape and softness, ensuring they remain a reliable addition to your wardrobe.

**Perfect for Seasonal Transitions**

Short sleeve tops are a year-round staple, suitable for both warm and cooler weather. Whether you're wearing them in the summer with sandals or pairing them with a light jacket in the spring, these tops provide the comfort and style you need.

Womens Summer Tops Short Sleeve Shirts 2026 Fashion V Neck Outfits Clothes

Womens T Shirts Short Sleeve Pleated Dressy Casual Scooped Neck Summer Tops Blouses

amazon.com/dp/B008ZOEZHW

Women's Oversized Tops
Summer Casual Shirts with...

↑ Top      About this item      Similar      Questions      From the Brand      Reviews

## Customer reviews

No customer reviews

5 star ▭ 0%

4 star ▭ 0%

3 star ▭ 0%

2 star ▭ 0%

1 star ▭ 0%

How customer reviews and ratings work ⌃

Customer Reviews, including Product Star Ratings help customers to learn more about the product and decide whether it is the right product for them.

To calculate the overall star rating and percentage breakdown by star, we don't use a simple average. Instead, our system considers things like how recent a review is and if the reviewer bought the item on Amazon. It also analyzed reviews to verify trustworthiness.

Learn more how customers reviews work on Amazon

## Review this product

Share your thoughts with other customers

Write a customer review

## Customers frequently viewed   Sponsored ⓘ | Popular products in the last 7 days



# Unitedhome1

Visit the Unitedhome1 storefront

★★★★☆ | **74% positive** in the last 12 months (184 ratings)

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** SARAH MICHELE CATCHING ECOM LLC
**Business Address:**
   4409 20TH ST N
   TEXAS CITY
   TX
   77590
   US

## Shipping Policies    ⌄

## Other Policies    ⌄

## Help    ⌄

